B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trocom Construction Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**11-2203562** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**46-27 54th Road**<br>**Maspeth, NY**<br>ZIP Code **11378** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Trocom Construction Corp.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>   Signature of Attorney for Debtor(s)      (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br>     _____<br>     (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Trocom Construction Corp.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**C. Nathan Dee CD-9703**
Printed Name of Attorney for Debtor(s)

**Cullen and Dykman LLP**
Firm Name

**100 Quentin Roosevelt Blvd
Garden City, NY 11530**

Address

**516-357-3700**
Telephone Number

5/6/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Joseph Trovato**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

5-6-15
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## UNANIMOUS WRITTEN CONSENT OF
## THE SOLE DIRECTOR OF
## TROCOM CONSTRUCTION CORP.
(a New York corporation)

## IN LIEU OF A SPECIAL MEETING

May 4, 2015

The undersigned, being the sole director of Trocom Construction Corp., a New York corporation (the "Corporation"), hereby waives the calling, notice and holding of a special meeting and, in lieu thereof, acting in accordance with the certificate of incorporation and bylaws of the Corporation and applicable law and after full consideration, hereby consents to and adopts the following resolutions by giving his express written consent thereto:

WHEREAS, the sole director of the Corporation has reviewed the materials presented by the management and the advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's business;

WHEREAS, the sole director of the Corporation has had the opportunity to consult with the management and the advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation;

RESOLVED, that in the judgment of the sole director of the Corporation, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); and

RESOLVED, that any of the President, the Chief Financial Officer, any Vice President, the Secretary, the Treasurer, and such other officers as may be designated by the President (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Cullen and Dykman LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Cullen and Dykman LLP; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals, including without limitation accountants, to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the sole director of the Corporation, in the name and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent as of the date first written above.

_____
JOSEPH TROVATO

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re   Trocom Construction Corp.

Case No. _____
Chapter   11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Advanced Mill & Pave, Inc<br>214 Vincent Drive<br>East Meadow, NY 11554 | Advanced Mill & Pave, Inc<br>214 Vincent Drive<br>East Meadow, NY 11554 | Trade Debt | | 463,455.75 |
| Architectural Stone<br>Source Inc.<br>150-28 Union Tpk<br>Suite 105<br>Flushing, NY 11367 | Architectural Stone<br>Source Inc.<br>150-28 Union Tpk<br>Flushing, NY 11367 | Trade Debt | | 199,283.15 |
| Ash Tree Service, Inc.<br>175-20 Wexford Terra<br>Suite 15D<br>Jamaica Estates, NY 11432 | Ash Tree Service, Inc.<br>175-20 Wexford Terra<br>Suite 15D<br>Jamaica Estates, NY 11432 | Trade Debt | | 101,565.35 |
| Dawn Trucking Inc.<br>194-19 115th Avenue<br>Saint Albans, NY 11412 | Dawn Trucking Inc.<br>194-19 115th Avenue<br>Saint Albans, NY 11412 | Trade Debt | | 229,404.63 |
| Delta Environmental<br>71 Green Street<br>Brooklyn, NY 11222 | Delta Environmental<br>71 Green Street<br>Brooklyn, NY 11222 | Trade Debt | | 143,410.00 |
| Evergreen Recycling<br>of Corona<br>127-50 Northern Boulevard<br>Flushing, NY 11368 | Evergreen Recycling<br>of Corona<br>127-50 Northern Boulevard<br>Flushing, NY 11368 | Trade Debt | | 127,283.84 |
| Hammer & Steel, Inc.<br>Po Box 66936<br>Saint Louis, MO 63166 | Hammer & Steel, Inc.<br>Po Box 66936<br>Saint Louis, MO 63166 | Trade Debt | | 110,365.64 |
| Hayward Baker, Inc.<br>235 Fairfield Avenue<br>West Caldwell, NJ 07006 | Hayward Baker, Inc.<br>235 Fairfield Avenue<br>West Caldwell, NJ 07006 | Trade Debt | | 80,533.11 |
| Hylan DataCom Electrical<br>950 Holmdel Road<br>Holmdel, NJ 07733 | Hylan DataCom Electrical<br>950 Holmdel Road<br>Holmdel, NJ 07733 | Trade Debt | | 133,827.10 |
| In-City Enterprises Inc.<br>4459 Bronx Boulevard<br>Bronx, NY 10470 | In-City Enterprises Inc.<br>4459 Bronx Boulevard<br>Bronx, NY 10470 | Trade Debt | | 404,309.74 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Trocom Construction Corp.**                                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Local 1010<br>136-25 37th Avenue<br>Suite 502<br>Flushing, NY 11354 | Local 1010<br>136-25 37th Avenue<br>Suite 502<br>Flushing, NY 11354 | Amounts due Union | | 780,066.80 |
| Local 731<br>3411 35th Avenue<br>Astoria, NY 11106 | Local 731<br>3411 35th Avenue<br>Astoria, NY 11106 | Amounts due Union | | 780,794.00 |
| Metro Fab Pipe Inc.<br>15 Fairchild Court<br>Plainview, NY 11803 | Metro Fab Pipe Inc.<br>15 Fairchild Court<br>Plainview, NY 11803 | Trade Debt | | 341,606.00 |
| Newmark Engineering, P.C.<br>93 Union Street<br>Montclair, NJ 07042 | Newmark Engineering, P.C.<br>93 Union Street<br>Montclair, NJ 07042 | Trade Debt | | 180,220.00 |
| R and H Trucking, Inc.<br>743 Nostrand Avenue<br>Uniondale, NY 11553 | R and H Trucking, Inc.<br>743 Nostrand Avenue<br>Uniondale, NY 11553 | Trade Debt | | 142,626.35 |
| Soil Solutions Inc.<br>110 Cherry Valley Avenue<br>West Hempstead, NY 11552 | Soil Solutions Inc.<br>110 Cherry Valley Avenue<br>West Hempstead, NY 11552 | Trade Debt | | 388,769.48 |
| T. Mina Supply Inc.<br>126-53 36th Avenue<br>Flushing, NY 11368 | T. Mina Supply Inc.<br>126-53 36th Avenue<br>Flushing, NY 11368 | Trade Debt | | 1,275,519.40 |
| The Fenceman Inc.<br>Po Box 561<br>Commack, NY 11725 | The Fenceman Inc.<br>Po Box 561<br>Commack, NY 11725 | Trade Debt | | 100,347.13 |
| W & W Glass, LLC<br>302 Airport Executive Pk.<br>Nanuet, NY 10954-5285 | W & W Glass, LLC<br>302 Airport Executive Pk.<br>Nanuet, NY 10954-5285 | Trade Debt | | 78,628.45 |
| Windsor Electrical Contracting, Inc.<br>95-01 Brisbin Street<br>Jamaica, NY 11435 | Windsor Electrical Contracting, Inc.<br>95-01 Brisbin Street<br>Jamaica, NY 11435 | Trade Debt | | 489,039.98 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    _5-7-15_                           Signature    _____

Joseph Trovato
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of New York

In re   <u>Trocom Construction Corp.</u>                         Case No.  _____

                                    Debtor(s)             Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date:    _5-6-15_                    _____

                                      **Joseph Trovato/President**
                                      Signer/Title

Date:    _____       _____

                                      Signature of Attorney
                                      **C. Nathan Dee CD-9703**
                                      **Cullen and Dykman LLP**
                                      **100 Quentin Roosevelt Blvd**
                                      **Garden City, NY 11530**
                                      **516-357-3700**

344 Fort Washington
Avenue, LLC
P.O. Box 3034
Hicksville, NY 11802


344 Fort Washington
Avenue, LLC
1065 Avenue of Americas
31st Floor
New York, NY 10018


369 149th Street
Realty Ltd.
5 East 22nd Street
Apt. PHN
New York, NY 10010


369 149th Street Realty,
Ltd.
5 East 22nd Street
APT PHN
New York, NY 10010


460 Kingsland Avenue
Real Estate LLC
460 Kingland Avenue
Brooklyn, NY 11222


460 West 125th Street
Associates, L.P.
459 Columbus Avenue
Suite 514
New York, NY 10024


460 West 126th Street
Associates LP
460 West 126th Street
New York, NY 10027


A.H. Harris, Inc.
PO Box 418827
Boston, MA 02241


Abramov Engineering LLC
67-40 Booth Street
#6C
Forest Hills, NY 11375

Action Tire Services
58-74 Grand Avenue
Maspeth, NY 11378


ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Advanced Mill & Pave, Inc
214 Vincent Drive
East Meadow, NY 11554


Afco Precast Sales Corp.
112 Rocky Point Road
Middle Island, NY 11953


Air Tool Sales & Repair
127-11 20th Ave.
College Point, NY 11356


All City Recycling, LLC
850 East 133rd Street
Bronx, NY 10454


All Suffolk Materials Inc
910 Middle Country Road
Selden, NY 11784


Allocco Recycling Ltd.
540 Kingsland Avenue
Brooklyn, NY 11222


Anflo Construction
57-01 134th Street
Flushing, NY 11355


Arbor Consulting Inc.
1045 A Park Boulevard
Suite 6
Massapequa Park, NY 11762

Architectural Stone
Source Inc.
150-28 Union Tpk
Suite 105
Flushing, NY 11367


Ash Tree Service, Inc.
175-20 Wexford Terra
Suite 15D
Jamaica Estates, NY 11432


Aspen Landscaping
Contracting
1121 Springfield Road
Union, NJ 07083


Atlas Fence & Railing
Co., Inc.
151-49 7th Avenue
Whitestone, NY 11357


Auster Rubber Company
238 N. 9th Street
Brooklyn, NY 11211


Awisco
55-15 43rd Street
Maspeth, NY 11378


Axela Services LLC
Po Box 652
Mount Kisco, NY 10549


BakerCorp
PO Box 843596
Los Angeles, CA 90084-3596


Bend All Industries Inc.
4459 Bronx Boulevard
Bronx, NY 10470


Brake Service Group
54-21 48th Street
Maspeth, NY 11378

Brown & Brown of NY Inc.
800 Westchester Avenue
Suite N-311
Rye Brook, NY 10573


But Why Corp.
245 Wilson Avenue
Brooklyn, NY 11237


C.T.W. Realty Corp.
55-59 Chrystie Street
Suite 503
New York, NY 10002


Call-A-Head Corp
304 Cross Bay Boulevard
Broad Channel, NY 11693


Canal Asphalt, Inc.
800 Canal Street
Mount Vernon, NY 10550


Cap Equipment
Leasing Corp.
18-25 43 Street
Astoria, NY 11105


Cap Rents
18-25 43rd Street
Astoria, NY 11105


Cap Rents Supply
18-11 43rd Street
Astoria, NY 11105


Capital One Bank, N.A.
PO Box 71083
Charlotte, NC 28272-1083


Capri Landscaping
4005 Victory Boulevard
Staten Island, NY 10314

Casa Redimix
Concrete Corp.
886 Edgewater Road
Bronx, NY 10474


Cassone Leasing Inc.
1950 Lakeland Avenue
Ronkonkoma, NY 11179


Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232


Certified Steel Company
1333 Brunswick Pike
Suite 200
Lawrenceville, NJ 08648


CIT Technology
Fin Serv, Inc.
21146 Network Place
Chicago, IL 60673-1211


City Transit Mix Inc.
104-14 148 Street
Jamaica, NY 11435


Coastal Pipeline
Products Corp.
PO Box 575
Calverton, NY 11933


CompuPay Inc.
PO Box 638246
Cincinnati, OH 45263-8246


Con Edison Company of NY
JAF Station
PO Box 1702
New York, NY 10116-1702


Concreteworks Studio
East, LLC
349 Dunhams Corner Rd
East Brunswick, NJ 08816

Corrpro Companies Inc.
PO Box 674173
Dallas, TX 75267-4173


Cranes Inc.
53-20 44th Street
Maspeth, NY 11378


Dawn Trucking Inc.
194-19 115th Avenue
Saint Albans, NY 11412


De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602


Delta Environmental
71 Green Street
Brooklyn, NY 11222


Double Nickel Contracting
3 Terrel Lane
Hicksville, NY 11801


Durante Equipment Corp.
133-58 31st Drive
Flushing, NY 11354


E.D. Mechanical Inc.
37-22 30th Street
Long Island City, NY 11101


Eagle Fence
66 Broadway
Staten Island, NY 10310


Earth Repair
PO Box 516
Speonk, NY 11972


Earth Tool Company, LLC
500 South C.P. Avenue
Lake Mills, WI 53551

Edward Ehrbar Inc.
4 Executive Plaza
Suite 155
Yonkers, NY 10701


En-Tech Corp.
304 Harrington Avenue
Closter, NJ 07624


Evergreen Recycling
of Corona
127-50 Northern Boulevard
Flushing, NY 11368


Evins Pest Control Co.
75 Nassau Terminal Road
New Hyde Park, NY 11040


Family Tree Service
110 A. Dinsmore Street
Staten Island, NY 10314


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


Found Property
Resources Inc.
46-27 54th Road
Maspeth, NY 11378


Fresh Meadow Electrical
Contractors LLC
65-01 Fresh Meadows Lane
Fresh Meadows, NY 11365


Gaffney Plumbing
& Htg Supply
1045 Atlantic Avenue
Brooklyn, NY 11238


Galli Engineering, P.C.
35 Pinelawn Road
Suite 209E
Melville, NY 11747

General Fence Corp.
4185 Barnes Avenue
Bronx, NY 10466


General Foundries, Inc.
1 Progress Road
North Brunswick, NJ 08902


Goetz, Fitzpatrick LLP
One Pennsylvania Plaza
Suite 4401
New York, NY 10119


Grassi & Co.
50 Jericho Quadrangle
Jericho, NY 11753


Greco Bros. Ready
Mix Concrete
PO Box 868
Smithtown, NY 11787


Green Asphalt Co. LLC
54-08 Vernon Boulevard
Long Island City, NY 11101


H.O. Penn Leasing LLC
PO Box 5307
Poughkeepsie, NY 12602-5307


H.O. Penn Machinery Co
122 Noxon Road
Poughkeepsie, NY 12603-2940


Hammer & Steel, Inc.
Po Box 66936
Saint Louis, MO 63166


Hammerhead Trenchless
Equipment
1300 Capitol Drive
Oconomowoc, WI 53066

Hanover Architectural
Products
5000 Hanover Road
Hanover, PA 17331


Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653


Hayward Baker, Inc.
235 Fairfield Avenue
West Caldwell, NJ 07006


HDS White Cap
Const. Supply
PO Box 4852
Orlando, FL 32802


HHJR Construction Ltd.
280 North Main Street
Freeport, NY 11520


Hoffman Equipment Co.
300 S. Randolphville Road
Piscataway, NJ 08854


Hudson Keyston LLC
85 East 2nd Street
PO Box 1009
Bayonne, NJ 07002


Hylan DataCom Electrical
950 Holmdel Road
Holmdel, NJ 07733


In-City Enterprises Inc.
4459 Bronx Boulevard
Bronx, NY 10470


Infinity Building
Supplies
551 Stewart Avenue
Brooklyn, NY 11222

Invar Technologies Inc.
8647 26th Avenue, 1st Fl.
Brooklyn, NY 11214


Iron Horse Equipment, Inc
916 Crooked Hill Road
Brentwood, NY 11717


Island Pavement
Cutting Inc.
84 Kean Street
West Babylon, NY 11704


Island Wide Photo
News Service
95 Doughty Boulevard
Inwood, NY 11096


JP Hogan Coring & Sawing
680 Gulf Avenue
Staten Island, NY 10314


Kia Motors Finance
PO Box 650805
Dallas, TX 75265-0805


Konica Minolta
21146 Network Place
Chicago, IL 60673-1211


Land Use Ecological
Services, Inc.
PO Box 1060
Riverhead, NY 11901


Lewis Brisbois Bisgaard
& Smith
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012


Liberty Mutual Ins. Co.
c/o Chiesa Shahinian
Att: Jonathan Bondy, Esq.
One Boland Drive
West Orange, NJ 07052

```
Local 1010
136-25 37th Avenue
Suite 502
Flushing, NY 11354


Local 14
141-57 Northern Boulevard
Flushing, NY 11354


Local 15
44-40 11th Street
Long Island City, NY 11101


Local 29
43-12 Ditmars Boulevard
Astoria, NY 11105


Local 46
1322 Third Avenue
New York, NY 10021


Local 516
395 Hudson Street
9th Floor
New York, NY 10014


Local 731
3411 35th Avenue
Astoria, NY 11106


Local 780
1983 Marcus Avenue
Suite C116
New Hyde Park, NY 11042


M & T Bank
P.O. Box 64679
Baltimore, MD 21264-4679


M&T Bank
One M&T Plaza
Buffalo, NY 14203
```

Magic Pest Management,
LLC
59-01 Kissena Blvd.
Flushing, NY 11355


Marcum Search
10 Melville Park Road
Melville, NY 11747


Matic Industries Inc.
15-40 127th Street
College Point, NY 11356


Metro Fab Pipe Inc.
15 Fairchild Court
Plainview, NY 11803


Mirmax Engineering PC
8 Hillside Avenue
Suite 205
Montclair, NJ 07042


Mulrain Emergency
Equip Corp.
20-47 129th Street
College Point, NY 11356


MWP
5101 State Highway 5
#6000
Minneapolis, MN 55422


National Construction
Rentals, Inc.
P.O. Box 4503
Pacoima, CA 91333


National Grid
P.O. Box 11741
Newark, NJ 07101


National Lawn Sprinklers,
Inc.
645 North Broadway
White Plains, NY 10603

Navigators Insurance
Company
One Penn Plaza
New York, NY 10119


Nestle Pure Life Direct
 P.O. Box 856192
Louisville, KY 40285


Network Patrols, Inc.
148-07 Hillside Avenue
Jamaica, NY 11435


New York Concrete
Materials
P.O. Box 417730
Boston, MA 02241


New York Recycling &
Materials
2300 East 69 Street
Brooklyn, NY 11234


New York Recycling, LLC
3830 Boston Road
Bronx, NY 10475


New York Sand & Stone
Unit 311
Brooklyn Navy Yard
63 Flushing Avenue
Brooklyn, NY 11205


New York State Insurance
Fund
PO Box 5262
Binghamton, NY 13902-5262


Newmark Engineering, P.C.
93 Union Street
Montclair, NJ 07042


Nickerson Corporation
11 Moffitt Blvd.
Bay Shore, NY 11706

Nissan Motor Acceptance
Corporation
P.O. Box 9001132
Louisville, KY 40290


NK Construction
Consultants Inc.
20 Bayside Lane
Staten Island, NY 10309


NYC Water Board
P.O. Box 11863
Newark, NJ 07101-8163


On-Site Petroleum
Products
1045 Atlantic Avenue
Brooklyn, NY 11238


One Stop Blueprinting
80 McGuiness Blvd S.
Brooklyn, NY 11222


Organice Recycling Inc.
117A Route 303
Tappan, NY 10983


Oxford Health Plans
P.O. Box 1697
Newark, NJ 07101-1697


Papp Iron Works Inc.
950 S. 2nd Street
Plainfield, NJ 07063


Peak Security Plus
196 Clinton Avenue
Suite B25
Brooklyn, NY 11205


Peter Roloff, P.E.
1015 Old White Plains
Mamaroneck, NY 10543

Pizzirusso Landscaping
Corp.
2158 East 72nd Street
Brooklyn, NY 11234


PM Auto Parts
1036 Manhattan Avenue
Brooklyn, NY 11222


Poland Spring
P.O. Box 856192
Louisville, KY 40285


Police Department, NYC
Supervisor, Revenue Task
Force
1 Police Plaza-Rm 1016
New York, NY 10038


Portadam, Inc.
3082 S. Black Horse Pike
Williamstown, NJ 08094-7525


Proactive Technology
Group
460 Grand Boulevard
Westbury, NY 11590


Professsional Pavers
Corp.
4 Court Square
3rd Fl, Suite 2
Long Island City, NY 11101


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250


Quiptech Repair, Inc.
19-60 41 Street
Astoria, NY 11105


R and H Trucking, Inc.
743 Nostrand Avenue
Uniondale, NY 11553

R. Mittman
P.O. Box 243
Williston Park, NY 11596


R. Mittman, Landlord
 P.O. Box 243
Williston Park, NY 11596


Raw Equipment Corp.
2800 College Point Blvd.
Flushing, NY 11354


Regional Testing
Corporation
1150 Close Avenue
Bronx, NY 10472


Reveal Kingsland LLC
460 Kingsland Avenue
Brooklyn, NY 11222


Richard Dudgeon, Inc.
100 Hicks Street
Bridgeport, CT 06608


Roadway Maintenance
Contracting, Inc.
716 South Columbus Avenue
Mount Vernon, NY 10550


Roadway Services, Inc.
P.O. Box 592
Rockville Centre, NY 11570


Roll Form Group
P.O. Box 671258
Dallas, TX 75267


Royal Waste Services,
Inc.
187-40 Hollis Avenue
Hollis, NY 11423

S&J Sheet Metal Sup. Inc.
608 East 133rd Street
Bronx, NY 10454


S.N. Tannor, Inc.
14 W. Hawthorne Avenue
Suite 104
Valley Stream, NY 11580


SB Grace, Inc.
30 Enterprise Road
Somerville, TN 38028


SMC Electrical, Inc.
150-11 14th Avenue
Whitestone, NY 11357


Soil Solutions Inc.
110 Cherry Valley Avenue
West Hempstead, NY 11552


Sound Properties
Realty Corp.
3323 Merritt Avenue
Suite 201
Bronx, NY 10475


SRM Legal
P.O. Box 986
Bowling Green Station
New York, NY 10274


Starr Indemnity &
Liability Company
399 Park Avenue
8th Floor
New York, NY 10022


Summit Geotechnical
Consultants, Inc.
17 Waltham Street
Lexington, MA 02421


T. Mina Supply Inc.
126-53 36th Avenue
Flushing, NY 11368

Teletrac, Inc.
32472 Collection
Center Drive
Chicago, IL 60693-0324


Testani Paving Company,
Inc.
39 Homestead Avenue
Garden City, NY 11530


TGI Office Automation
120 3rd Street
Brooklyn, NY 11231


The Fenceman Inc.
Po Box 561
Commack, NY 11725


The Iron Maiden, Inc.
64 Division Avenue
Suite 215D
Levittown, NY 11756


The State Insurance Fund
199 Church Street
New York, NY 10007-1100


Tilcon New York Inc.
162 Old Mill Road
West Nyack, NY 10994


Time Warner Cable
P.O. Box 11820
Newark, NJ 07101-8120


Total Maintenance Inc.
55-10 48th Street
Maspeth, NY 11378


Travelers
One Tower Square
Hartford, CT 06183

Triad Metals Int'l.
1 Village Road
Horsham, PA 19044


Triboro Fast  & Supply
Corp.
120 Edward Hart Drive
Jersey City, NJ 07305


Triboro Hardware Supply
Corp,
120 Edward Hart Drive
Jersey City, NJ 07305


Trocom Construction of
NY LLC
46-27 54th Road
Maspeth, NY 11378


Tse Group
46-27 54th Road
Maspeth, NY 11378


Tully Environmental, Inc.
127-50 Northern Blvd.
Flushing, NY 11368


Tulnoy Lumber
1620 Webster Avenue
Bronx, NY 10457


Twin Peaks, Inc.
37-39 30th Street
Long Island City, NY 11101


Tyres International
4637 Allen Road
Stow, OH 44224-1037


Urban Environmental Pest
Mgmt. Ser, Inc.
203-67 27th Avenue
Bayside, NY 11360

V & S Amboy Galvanizing
LLC
1190 Amboy Avenue
Perth Amboy, NJ 08861


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Virginia Truck Center
3243 Lee Hwy.
P.O. Box 96
Weyers Cave, VA 24486


W & W Glass, LLC
302 Airport Executive Pk.
Nanuet, NY 10954-5285


W.B. Mason, Inc.
P.O. Box 981101
Boston, MA 02298


Watson Bowman Acme Corp.
95 Pineview Drive
Amherst, NY 14228


Willets Point Asphalt
Corp.
127-50 Northern Blvd.
Flushing, NY 11368


Williams Stone Co., Inc.
1158 Lee-Westfield Road
East Otis, MA 01029


Windsor Electric Direct
95-01 Brisbin Street
Jamaica, NY 11435


Windsor Electrical
Contracting, Inc.
95-01 Brisbin Street
Jamaica, NY 11435